RECEIVED
CLERK'S OFFICE
2014 JUL -7 AM 8:48
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Ray Roger Rivers #94935

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Jones County Task Force, et. Al.;
Jones County Sheriffs Office, et. Al.;
Jones County Humane Society, et. Al.;

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

**5:14-CV-25D**

[Notary seal: ALPHONZO D. BARGE, NOTARY PUBLIC, GEORGIA, DOUGHERTY COUNTY, EXPIRES JUNE 1, 2016]

Alphonzo D. Barge
7-1-14

I. GENERAL INFORMATION

1. Your full name and prison number  Ray Roger Rivers #94935
2. Name and location of prison where you are now confined  Calhoun State Prison, Morgan, Ga 39866
3. Sentence you are now serving (how long?)  15 years
   (a) What were you convicted of?  Drug Trafficing
   (b) Name and location of court which imposed sentence  Jones County
   (c) When was sentence imposed?  May 22, 2014
   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ✓
   (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed __May 2029__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE <u>ALL</u> PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s): __None__

Defendant(s): __None__

(b) Name of Court: __None__

(c) Docket Number: _____   When did you file this lawsuit? _____

(d) Name of judge assigned to case: _____

(e) Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

__None__

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [✓]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): __None__

Defendant(s): _____

(b) Name of Court: _____

(c) Docket Number: _____   When did you file this lawsuit? _____

(d) Name of judge assigned to case: _____

(e) Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_NoNE_

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _Jones County_

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐    No ☑

(2) If Yes, what was the result?

(3) If No, explain why not: _This issue and situation is not grievable within the institutional greivance proceedure._

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____
_____
_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☐

(1) If Yes, to whom did you appeal and what was the result? _____
_____
_____

(2) If No, explain why you did not appeal: _____
_____

10. In what other institutions have been confined? Give dates of entry and exit.

_____
_____
_____
_____
_____

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Calhoun State Prison
P.O. Box 249
Morgan, Ga. 39866

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Jones County Task Force, et. Al.;
Jones County Sheriffs Office, et. Al.;
Jones County Humane Society, et. Al.;

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? _____

WHEN do you allege this incident took place? May 28, 2013 And May 29, 2013

WHAT happened? On May 28, 2013 The plaintiff And his girlfriend Along with their family dog (Marley) were pulled over in a traffic stop by the Jones County Task Force And Sheriff's department on Hwy 18 near the Jones County Line. The plaintiff's girlfriend is Lyndsay Thomas, As a result of the traffic stop and search, the plaintiff, his girlfriend, and the family dog were taken to the Jones County Jail. Upon arriving, the booking officer placed Lyndsay Thomas and family dog in a holding cell together. Then Robert Reese A Task Force officer stated that the dog could not stay and Animal Control would have to be called and the dog be turned over to them. The plaintiff, and his girlfriend both pleaded with officer to allow them to call someone to come pick the dog up, but he refused their request and contacted the Jones County Humane Society to pick the dog up. On early morning of May 29, 2013 the animal Control service did come and pick the dog up then later lost the dog and it has not been found since. Lyndsay Thomas made diligent efforts to locate their dog, but it has Not Been Located, And All

Attached Sheet #1

the animal control center has been able to state is, "unfortunatly they lost it." The plaintiff can not stress enough at how much this loss has affected and harmed himself and his family, as (Marley) the dog was much a Loved Family Member.

Defendants Jones County Task Force, Jones County Sheriffs office, and Jones County Humane Society:

1.

Abuse of Process

The improper and "tortus" use of a legitimately issue process by these defendants of obtain a result that is either unlawful or beyond the process scope.

2.

Abuse of Discretion

These defendants clearly failed to exercise sound, reasonable, and legal decision-making.

3.

Wanton And Willful Misconduct

These defendants committed wanton and willful misconduct when they committed an act or a failure to act when there is a duty to do so, in reckless disregard of anothers rights, coupled with the knowledge that injury will probably result and the misconduct was committed and intentionally.

#2

4.

<u>Duty To Act</u>

These defendants had a duty to take some action to prevent harm to another and their failure to do so considering these circumstances makes them liable for damages.

5.

<u>Malicious Injury</u>

These defendants caused injury to the plaintiff resulting from a wilful act committed with knowledge that it is likely to injure another or with reckless disregard of the consequences.

6.

Any other or further that this Honorable Court or Jury may deem just and proper.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Lyndsay Thomas, Judy Blankenship, Stacy Blankenship, Tommy Brown, Gene + Teresa Brooks, Terri Bird, Tracy McMurry knows Jones Humane Society Lost Dog (Marley)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

1) "Actual Damages";

2) "Punitive Damages"

3) Defendants to pay All Court Costs and expences the plaintiff has incurred;
4) At time of filing, the above damages is estimated to be $85,000.00 (Eighty Five Thousand dollars)
5) Any other or further that this Honorable Court may deem just and proper.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 1st day of July, 20 14.

_____
PLAINTIFF